IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAMARA JEAN BRAGG,<br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br>  Defendant. | §<br>§<br>§<br>§  Civil Action No. 3:06-CV-1409-N (BH)<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, *Plaintiff's Cross Motion for Summary Judgment*, filed on December 4, 2006, is **GRANTED**; *Commissioner's Motion for Summary Judgment*, filed March 8, 2007, is **DENIED**; and the final decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.

SIGNED June 6, 2008.

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**

ORDER - SOLO PAGE